UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 1:23-CR-00197-BAH |
| | : | |
| v. | : | |
| | : | |
| **KEITH BROWN,** | : | |
| | : | |
| Defendant. | : | |
| | : | |

### JOINT MOTION TO PERMIT REMOTE PROCEEDINGS

The parties are currently scheduled for an initial appearance and change of plea to a misdemeanor charge on June 23, 2023. The United States of America and counsel for the above-captioned defendant hereby move this Court to allow them to proceed at proceedings in this case to include arraignment, change of plea, and sentencing remotely via zoom. In support of this joint motion, the undersigned states as follows:

1. Defendant is being charged by Information for violations related to his actions on January 6, 2021. Specifically, he is being charged with violating 40 U.S.C. § 5104(e)(2)(G), a misdemeanor offense for parading, demonstrating, or picketing in a Capitol Building based on the approximate 19 minutes spent inside. He has not been arrested and will be appearing voluntarily for his first proceedings on this matter.

2. The parties have engaged in precharge negotiations to resolve this matter have come to a written plea agreement provided to the Court. The precharge negotiations include discovery provided.

3. The parties are currently located outside of the District of Columbia. The defendant is located in New Jersey and defense counsel is located in New York. The AUSA assigned to this matter is detailed from the U.S. Attorney's Office in Oregon and located in Eugene, Oregon.

1

4.      It is the parties' understanding that this request is permitted under the Rules of Criminal Procedure.  Rule 10 expressly permits arraignment via videoconference. Rule 43 expressly permits a defendant to waive their presence at any misdemeanor proceeding, including arraignment, plea, trial, and sentencing, or for it to proceed by videoconference.  It states "[a] defendant need not be present under the following circumstances: … the offense is punishable by fine or by imprisonment of not more than one year, or both, and with the defendant's written consent, the court permits arraignment, plea, trial, and sentencing to occur by video teleconferencing …"   Fed.R.Crim.P. 43(b).

5.      Remote court appearances would save defendant and defense counsel the expense of travel to DC for these proceedings. Defendant is prepared to agree in writing to appearing remotely at these proceedings. Government counsel would seek coverage from another AUSA in Washington DC if necessary for any personal appearance in DC but does not oppose Defendant's request.

WHEREFORE, the parties respectfully request that this Court permit them to appear remotely at proceedings in this case, to include arraignment, change of plea, and sentencing.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar Number 481052

By:    /s/ Joseph H. Huynh
JOSEPH H. HUYNH
D.C. Bar No. 495403
Assistant United States Attorney (Detailed)
405 East 8th Avenue, Suite 2400
Eugene, Oregon 97401-2708
Telephone: (541) 465-6771
Joseph.Huynh@usdoj.gov

*/s/ Nicholas Smith*
Nicholas D. Smith
David B. Smith, PLLC
1123 Broadway
New York, NY 10010
nds@davidbsmithpllc.com
