

JUN 2 3 2023

Clerk, U.S. District and
Bankruptcy Courts

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | **Case No: 23-CR-197-BAH** |
|  | : |  |
| v. | : |  |
|  | : | **40 U.S.C. § 5104(e)(2)(G)** |
| KEITH BROWN, | : |  |
|  | : |  |
| Defendant. | : |  |
|  | : |  |

### STATEMENT OF OFFENSE

Pursuant to Federal Rule of Criminal Procedure 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Thomas Carey, with the concurrence of his attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol.

2. On January 6, 2021, the exterior plaza of the U.S. Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States

Senate were meeting in separate chambers of the United States Capitol to certify the vote count

of the Electoral College of the 2020 Presidential Election, which had taken place on November

3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by

approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a

particular objection. Vice President Mike Pence was present and presiding, first in the joint

session, and then in the Senate chamber.

4.      As the proceedings continued in both the House and the Senate, and with Vice

President Pence present and presiding over the Senate, a large crowd gathered outside the U.S.

Capitol. As noted above, temporary and permanent barricades were in place around the exterior

of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the

crowd away from the Capitol building and the proceedings underway inside.

5.      At approximately 2:00 p.m., certain individuals in the crowd forced their way

through, up, and over the barricades, and officers of the U.S. Capitol Police, and the crowd

advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter

or remain in the building and, prior to entering the building, no members of the crowd submitted

to security screenings or weapons checks by U.S. Capitol Police Officers or other authorized

security officials.

6.      At such time, the certification proceedings were still underway and the exterior

doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S.

Capitol Police attempted to maintain order and keep the crowd from entering the Capitol;

however, shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol,

including by breaking windows and by assaulting members of law enforcement, as others in the

crowd encouraged and assisted those acts.  The riot resulted in substantial damage to the U.S.

Capitol, requiring the expenditure of more than $1.4 million dollars for repairs.

   7.   Shortly thereafter, at approximately 2:20 p.m., members of the United States

House of Representatives and United States Senate, including the President of the Senate, Vice

President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all

proceedings of the United States Congress, including the joint session, were effectively

suspended until shortly after 8:00 p.m. the same day. In light of the dangerous circumstances

caused by the unlawful entry to the U.S. Capitol, including the danger posed by individuals who

had entered the U.S. Capitol without any security screening or weapons check, Congressional

proceedings could not resume until after every unauthorized occupant had left the U.S. Capitol,

and the building had been confirmed secured.  The proceedings resumed at approximately 8:00

p.m. after the building had been secured.  Vice President Pence remained in the United States

Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *Defendant's Participation in the January 6, 2021, Capitol Riot*

   8.   On January 6, 2021, Defendant entered the U.S. Capitol building at approximately

2:25 p.m. EST, through the already breached Senate Wing doors.  The entrance had broken

windows adjacent to the door and some rioters were entering through them.  Alarms were also

blaring.  There was also signage on the perimeter of the U.S. Capitol preventing people form

entering the grounds.

   9.   Defendant wore a yellow sweatshirt with a red collared shirt underneath,

green/tan pants, white visor hat, and a white face mask and held a sign that read, "TRUMP

2020."  His sweatshirt had "Trump 2020 Freedom" written on the front and "Stop the Steal"

written on the back.  Defendant entered with his daughter Abigail Brown (A.BROWN).

10.    Defendant and A. BROWN then traveled south down the corridor entering the Crypt of the U.S. Capitol Building.  In an open-source video obtained by law enforcement, Defendant could be seen shouting, "Stop the Steal" while walking in this area.

11.    Defendant and A. BROWN entered the Crypt Lobby East at approximately 2:31 p.m. EST. At approximately 2:43 p.m. EST, Defendant and A. BROWN passed through the House Wing Door.  Defendant and A. BROWN can be seen passing through the hall of columns, exiting South Door Vestibule at approximately 2:44 p.m. EST, after having been inside the U.S. Capitol building for approximately 19 minutes.

12.    On February 14, 2022, Defendant admitted to FBI agents that he and his daughter A. BROWN attended the Donald Trump speech on January 6, 2021, at the Ellipse in Washington, DC. Defendant stated that while at the Ellipse, he heard about a rally taking place at the U.S. Capitol. Defendant walked down to the U.S. Capitol.  There, he saw the U.S. Capitol building doors were open and, along with A. BROWN, followed the crowds inside carrying a Trump sign.  He traveled through the Capitol Building.  Defendant stated he heard a bang coming from somewhere in the U.S. Capitol building but could not be sure what it was or where it was coming from. Shortly after he was told by a law enforcement officer that everyone needed to leave the building, Defendant said he immediately left the inside of the U.S. Capitol.

13.    A. BROWN admitted in a written statement to FBI agents on February 18, 2022, that in the days leading up to January 6, 2021, she was encouraged by Defendant to go with him to the rally. A. BROWN stated she attended the rally at the Ellipse with Defendant on January 6, 2021. She then proceeded to the rally at the Capitol with Defendant, hoping to catch some of the speeches. She stated that when she arrived at the Capitol, there was no rally that could be seen. Instead, the crowd was making its way towards the Capitol building and as she got closer, she

saw the U.S. Capitol building doors wide open and people streaming into the U.S. Capitol building. A. BROWN admitted to entering the U.S. Capitol building with Defendant. She stated that after being inside for a short time, Defendant was worried Antifa was in the building. Defendant asked a police officer how to get out and the officer told them that there was an order to evacuate the building. A. BROWN and Defendant joined a stream of people filing out of the building. A. BROWN provided the written statement to the FBI.

14.    The Defendant willfully and knowingly entered the U.S. Capitol Building and had reason to know that he did not have permission to do so. Defendant further admits that while inside the Capitol, defendant willfully and knowingly paraded, demonstrated, or picketed.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:    _____

Joseph Huynh
Assistant United States Attorney

## DEFENDANT'S ACKNOWLEDGMENT

I, Keith Brown, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: _4/25/23_      _____
                     Keith Brown
                     Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 4/26/23      _Nicholas Smith_
_____   _____
                  Nicholas D. Smith
                  Attorney for Defendant